UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JORGE AGUIRRE, : | |
| : | |
| Petitioner, : | |
| : | |
| v. : | Civil Action No. 07-0267 (JR) |
| : | |
| ALBERTO GONZALES *et al.*, : | |
| : | |
| Respondents. : | |

ORDER

For the reasons stated in the accompanying Memorandum, it is

**ORDERED** that this case is **DISMISSED** for want of jurisdiction.  This is a final appealable Order.

JAMES ROBERTSON
United States District Judge